UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANA REHAK,<br><br>    Plaintiff,<br><br>vs.<br><br>BENTON COUNTY, *et al.*,<br><br>    Defendants. | NO.  CV-09-5061-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Ct. Rec. 9).  The parties asks that the above-captioned case be dismissed with prejudice and without an award of costs.

Accordingly, **IT IS HEREBY ORDERED:**

1.  The parties' Stipulation of Dismissal with Prejudice (Ct. Rec. 9) is **GRANTED**.

2.  The above-captioned case is **dismissed** with prejudice and without costs to any party.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close the file**.

**DATED** this 26th day of February, 2010.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Rehak\dismiss.wpd

**ORDER GRANTING STIPULATION
OF DISMISSAL WITH PREJUDICE** ~ 1